IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FATHER JESUS**                                                                      **PLAINTIFF**

v.                          Civil No. 1:22cv77-HSO-RPM

**GULFSIDE CASINO PARTNERSHIP**
**d/b/a ISLAND VIEW CASINO RESORT**            **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 3rd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE